UNITED STATES of America,
Plaintiff–Appellee

v.

Christopher Everett MARSH,
Defendant–Appellant.

No. 10–10605
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2011.

Clyde Richard Baker, Denise Bridges Williams, Assistant U.S. Attorneys, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Michael Lowell King, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Christopher Everett Marsh, Bartlett, TX, pro se.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Christopher Everett Marsh has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Marsh has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.